# Court of Appeals
# of the State of Georgia

ATLANTA, <u>April 13, 2026</u>

*The Court of Appeals hereby passes the following order:*

**A26D0434. XAVIER DEMON WALKER v. THE STATE.**

Xavier Demon Walker was found guilty of felony murder and other crimes. The trial court denied his motion for new trial, and Walker filed an application for discretionary appeal in this Court. We lack jurisdiction.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed," Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8), and a penalty of death may be imposed for the crime of felony murder. See OCGA § 16-5-1(c), (e)(1); see also *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (even in murder cases in which the death penalty was not sought, the Supreme Court has opted to exercise its jurisdiction to review all such cases). Thus, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>04/13/2026</u>
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*